

FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

3.25.2026

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

HERBERT DANIEL BAQUEDANO ARGUETA

**CRIMINAL COMPLAINT**

Case No. 3:26-mj- 1118. Mcr

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about March 18, 2026, in St. Johns County, in the Middle District of Florida, the defendant,

> a citizen of Honduras and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about August 26, 2019,

in violation of Title 8, United States Code, Section 1326. I further state that I am a Deportation Officer for Department of Homeland Security, Immigration and Customs Enforcement, and that this Complaint is based on the facts contained in the attached Affidavit.

_____
ADESH PERSAD, Deportation Officer

Subscribed and sworn to before me, this 25th day of March, 2026, at Jacksonville, Florida.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

## CRIMINAL COMPLAINT AFFIDAVIT

I, Adesh Persad, being a duly sworn and appointed Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), hereby make the following statement in support of the attached criminal complaint.

1.      I have been a Deportation Officer for ICE since 2025 and an Immigration Enforcement Agent with ICE since 2025. I have training and experience in the enforcement of the immigration and nationality laws of the United States. Prior to my employment with ICE, I was a Customs and Border Protection (CBP) Officer for over 28 years. As a CBP Enforcement Officer I have presented numerous criminal complaints to U.S. Attorneys' offices for prosecution.

2.      On March 18, 2026, the Enforcement and Removal Operation (ERO) Interoperability Response Center (IRC) received a phone call from the St. John's County Jail advising that an individual identified as Herbert Daniel BAQUEDANO ARGUETA was in custody because he was unable to produce proper immigration documents during a traffic stop. According to the information provided by the jail, during the booking process on March 18, 2026, BAQUEDANO ARGUETA told officers that he was born in Honduras on April 18, 1994. IRC ran immigration and criminal database checks for a person with the name BAQUEDANO ARGUETA who was born in Honduras on the date of birth provided. The database query revealed BAQUEDANO ARGUETA was previously removed from the United

States. As a result, officers at the St. Johns County Sheriff's Office placed an ICE detainer for BAQUEDANO ARGUETA on March 18, 2026.

3.    On March 18, 2026, the St. John's County jail notified the Jacksonville ERO Criminal Alien Program (CAP) unit that BAQUEDANO ARGUETA posted bond on his criminal charges, and he was ready to be picked up on the ICE detainer.

4.    On March 20, 2026, BAQUEDANO ARGUETA was administratively arrested and transported to the Jacksonville ICE office in Jacksonville, Florida, for processing and to further verify his immigration status. During processing, I entered BAQUEDANO ARGUETA's fingerprints into a biometric identification system that compared his fingerprints to individuals who had been previously encountered by immigration authorities. The system returned to a match for BAQUEDANO ARGUETA having been previously encountered and assigned Alien Registration Number 213 317 303. I then conducted additional ICE database checks for BAQUEDANO ARGUETA. The records reflected that BAQUEDANO ARGUETA is a citizen of Honduras who had been previously deported or removed from the United States to Honduras on at least one occasion.

5.    I reviewed documents from the consolidated Alien Registration file (A-file) for BAQUEDANO ARGUETA. An A-file is a central file maintained by immigration agencies that contains documents related to the interactions and encounters of United States immigration authorities with an alien. Documents in the A-file confirmed that BAQUEDANO ARGUETA was previously deported or removed from the United States to Honduras on August 26, 2019, from Eagle Pass,

2

Texas. The A-file contained no record that BAQUEEDANO ARGUETA had ever applied for or received permission from the Attorney General or the Secretary of the Department of Homeland Security for the United States to re-enter the United States since the time of his last deportation or removal.

6. ICE Deportation Officers Valle conducted a sworn interview with BAQUEDANO ARGUETA on March 20, 2026. BAQUEDANO ARGUETA waived his Constitutional rights and agreed to answer questions relating to his citizenship or prior immigration history. BAQUEDANO ARGUETA admitted to being removed by Immigration Officials.

8. Based upon the foregoing facts, there is probable cause to believe that BAQUEDANO ARGUETA is a citizen of Honduras who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported or removed from the United States, in violation of 8 U.S.C. § 1326(a).

Adesh Persad, Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida

Subscribed and sworn to before me, this 25th day of March 2026.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

3